Dwight LANEY, Appellant,

v.

Kenneth S. APFEL, Commissioner of
Social Security Administration,
Appellee.

No. 00–1865.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 12, 2001.

Decided Jan. 19, 2001.

Before RICHARD S. ARNOLD, FAGG, and BOWMAN, Circuit Judges.

PER CURIAM.

Dwight Laney sought social security disability insurance and supplemental security income benefits asserting his diabetes, arthritis, bad back, and neck pain disabled him. An administrative law judge (ALJ) decided that Laney could not return to his past relevant work as a custodian, but that Laney retained the residual functional capacity to perform other sedentary work. The Commissioner denied benefits, and Laney sought judicial review. The district court concluded the decision was supported by substantial evidence on the record as a whole. On appeal, Laney contends the ALJ committed error in not calling a vocational expert to testify and in failing to make appropriate credibility determinations of Laney's witnesses. Having carefully reviewed the record, we reject Laney's contentions for the reasons given in the district court's opinion. *See* 8th Cir. R. 47B. We thus affirm the district court.

A true copy.